Tiffany M. Alexander, Esq.
Attorney ID No. 000692002
Timothy R. Freeman, Esq.
Attorney ID No. 025042006
**TANENBAUM KEALE LLP**
1085 Raymond Boulevard
One Newark Center, 16th Floor
Newark, New Jersey 07102
Tel: (973) 242-0002
Fax: (973) 242-8099
Attorneys for Defendant *FCA US LLC*

| | |
|---|---|
| PATRICIA FISCHER,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, and JOHN DOES 1-5,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: OCEAN COUNTY<br><br>Docket No: OCN-L-003295-17<br><br>Civil Action<br><br>**NOTICE OF REMOVAL OF<br>MATTER TO FEDERAL COURT** |

**TO THE HONORABLE JUDGE OF THE SUPERIOR COURT:**

**PLEASE TAKE NOTICE** that Defendant FCA US LLC's Notice of Removal of the above-entitled action from the Superior Court of the State of New Jersey, Ocean County, to the United States District Court for the District of New Jersey, a copy of which is attached as Exhibit "A," was duly filed in the United States District Court for the District of New Jersey, on the 13th day of June, 2018.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. § 1446(d), the above action in its entirety has been removed to the United States District Court, District of New Jersey and the Superior Court of New Jersey shall proceed no further unless and until the action is remanded.

This Court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

**TANENBAUM KEALE LLP**


By: /s/ Tiffany M. Alexander
Tiffany M. Alexander

DATED: June 13, 2018