IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Patricia Fischer, | ) | |
| Plaintiff, | ) | Civil Action No. 18-10498 (MAS) (LHG) |
| | ) | |
| v. | ) | |
| FCA US, LLC and John Does 1-5 | ) | |
| | ) | **Stipulation of Dismissal** |
| | ) | |
| Defendants, | ) | |

The matter having been amicably resolved, it is hereby stipulated and agreed that the matter is dismissed with prejudice and without costs.

Attorneys for Plaintiff

By: _Howard Gutman_
Howard A. Gutman
Law Offices of Howard A. Gutman
230 Route 206, Suite 307
Flanders, New Jersey 07836
(973) 598-1980

Attorney for Defendant
FCA US LLC

By: _Tiffany Alexander_
Tiffany M. Alexander (#000692002)
Tanenbaum Keale LLP
100 Mulberry Street, Suite 1301
Three Gateway Center
Newark, NJ 07102
(973) 820-1127

Dated: August 13, 2019

So Ordered this 13th day
of August, 2019

_Mshipp_
Hon. Michael Shipp, USDJ